1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

U.S. BANK, N.A.,

Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

Defendant(s).

Case No. 2:16-CV-2081 JCM (VCF)

ORDER

Presently before the court is defendant SFR Investments Pool 1, LLC's demand for security of costs, pursuant to Nevada Revised Statutes ("NRS") 18.130, against plaintiff U.S. Bank N.A.—trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-backed Pass-through Certificates, Series 2006-NC2.  (ECF No. 4).

"When a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant . . . ."  NRS 18.130.  Further, "[i]t is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions."  *Feagins v. Trump Org.*, 2012 WL 925027 (D. Nev. 2012) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305–6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

Here, plaintiff states that its principal place of business is Cincinnati, Ohio and that it is therefore a "citizen of the state of Ohio . . . ."  (ECF No. 1 at 1); *see also* 28 U.S.C. § 1348.  There is no indication that plaintiff is a resident of Nevada.

This court finds that defendant properly invokes NRS 18.130.  Pursuant to that statute, plaintiff is to deposit $500.00 with the clerk of court for "costs and charges as may be awarded" in this case.  NRS 18.130.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's demand for security costs, (ECF No. 4) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that plaintiff U.S. Bank N.A. shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to SFR Investments Pool 1, LLC within seven (7) days of the entry of this order.

DATED November 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -