DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., as Trustee for RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; ALESSI & KOENIG, LLC, a Nevada Limited Liability Company; METROPOLIS HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; PAUL M. STERNBERG, an individual; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendants. | Case No.: 2:16-cv-02081-JCM-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK, N.A., as Trustee for RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH | |

CERTIFICATES, SERIES 2006-NC2; and
PAUL M. STERNBERG, an individual,

    Counter-Defendant/Cross-Defendant.

## NOTICE OF DISASSOCIATION OF COUNSEL

Defendant/Counterclaimant/Cross-Claimant SFR INVESTMENTS POOL 1, LLC ("SFR") hereby provides notice that Vanessa S. Goulet, Esq. is no longer associated with the law firm of Kim Gilbert Ebron. SFR respectfully requests that Ms. Goulet be removed from the CM/ECF service list in the above-captioned action.

Kim Gilbert Ebron will continue to represent SFR and requests that Diana Cline Ebron, Esq. receive all future notices.

DATED this __17th__ day of April, 2017.

**KIM GILBERT EBRON**

By: */s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/
Cross-Claimant,
SFR Investments Pool 1, LLC*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-19-2017

- 2 -

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

## CERTIFICATE OF SERVICE

I hereby certify that on the <u>17th</u> day of April, 2017, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Mark H. Hutchings, Esq.
Houser & Allison, APC
3900 Paradise Road, Suite 101
Las Vegas, Nevada 89169-0932
E-Mail: mhutchings@houser-law.com
*Attorney for Plaintiff/Counter-Defendant,*
*U.S. Bank N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC2*

Kaleb D. Anderson, Esq.
David A. Clark, Esq.
Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144-7053
E-Mail: kanderson@lipsonneilson.com
         dclark@lipsonneilson.com
*Attorney for Defendant,*
*Metropolis Homeowners Association*

Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm, A Professional Corporation
2850 South Jones Boulevard, Suite 1100
Las Vegas, Nevada 89146-5639
E-Mail: bkfilings@s-mlaw.com
*Attorney for Trustee,*
*Shelley D. Krohn*

                                         */s/ Michael L. Sturm*
                                         MICHAEL L. STURM, an employee of
                                         KIM GILBERT EBRON